# LIS PENDENS NOTICE

STATE OF ILLINOIS
COOK COUNTY

Doc#: 0908604269 Fee: $42.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 03/27/2009 01:14 PM Pg: 1 of 4

IN THE CIRCUIT COURT
OF COOK COUNTY

COOK COUNTY, ILLINOIS

Type or Print Complete Information

[Reserved for Recorder's Use Only]

X09030029
Household Finance Corporation III                ]
                                                  ]
              Plaintiff,                          ]   CASE NO.
                                                  ]
vs.                                               ]   09CH13230
                                                  ]
Alicia Pittman;                                   ]   09CH13220
Mortgage Electronic                               ]
Registration Systems, Inc.;                       ]
JPMorgan Chase Bank, N.A.;                        ]
Joyce Pittman;                                    ]
Harold Pittman;                                   ]
Unknown Owners and                                ]
Non-Record Claimants                              ]
                                                  ]
              Defendants.                         ]
                                                  ]

### LIS PENDENS

MAR 25 2009

I, the undersigned, do hereby certify that the above entitled cause for foreclosure was filed on the _____ day of _____ MAR 25 2009 20____ and is now pending in said court and that the property affected by said cause is described as follows: SEE ATTACHED LEGAL DESCRIPTION

P.I.N. 19-36-222-011-0000

(i)   The names of all plaintiffs, defendants and the case number are set forth above.

(ii)  The court in which the action was brought is set forth above.

(iii) The names of the title holders of record are: Alicia Pittman

(iv)  The legal description is set forth above.

(v)   The common address or location of the property is: 8131 South Campbell, Chicago, IL 60652

(vi)    Identification of the mortgage sought to be foreclosed

    a)    Mortgagors:  Alicia Pittman

    b)    Mortgagee:  Household Finance Corporation III

    c)    Date of mortgage:  August 24, 2007

    d)    Date and place of recording:
        August 29, 2007 in the office of the Recorder of Deeds or Registrar of Titles

    e)    Document number:  0724108041

Recording document identification:

The undersigned further certifies pursuant to 735 ILCS 5/15-1218:

(a)    The name and address of the party plaintiff making said claim and asserting said mortgage is: Household Finance Corporation III

(b)    Said plaintiff claims a mortgage lien upon said real estate:  8131 South Campbell, Chicago, IL 60652

(c)    The nature of said claim is the mortgage and foreclosure action described above.

(d)    The names of the persons against whom said claim is made are:
Alicia Pittman; Mortgage Electronic Registration Systems, Inc.; JPMorgan Chase Bank, N.A.; Joyce Pittman; Harold Pittman;

(e)    The legal description of said real estate appears above.

(f)    The name and address of the person executing this notice appears below.

(g)    The name and address of the person who prepared this notice appears below.

                                                                  One of its attorneys

Prepared by:
FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.  Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524
Clay R. Mosberg- 1972316, Vincent A. Chavarria- 6291469
Jason A. Newman, Of Counsel,- 6275591, Cook- 39765

Return To:
Pro-Vest, LLC
977 North Oaklawn Ave., Ste. 203
Elmhurst, IL 60126

LEGAL DESCRIPTION:

LOT 30 IN BLOCK 2 IN HINKAMP AND COMPANYS WESTERN AVENUE SUBDIVISION BEING A SUBDIVISION OF LOTS 1 TO 24 IN BLOCK 1, LOTS 1 TO 24, IN BLOCK 2, LOTS 1, 2 AND 10 TO 20 IN BLOCK 3, LOTS 1 TO 10 IN BLOCK 4, AND LOTS 1 TO 10 IN BLOCK 5 IN HAZELWOOD AND WRIGHTS SUBDIVISION OF THE SOUTH 1/2 OF THE NORTHEAST 1/4 OF SECTION 36, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

# CERTIFICATE OF SERVICE OF LIS PENDENS ON THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION

I hereby certify that a copy of the attached Lis Pendens was mailed to/delivered to the Illinois Department of Financial and professional Regulation, at 122 W. Michigan Ave., Suite. 1900, Chicago, IL 60603 on

_____.

_____