## United States Bankruptcy Court
### Northern District Of Illinois

In re **ALICIA CORA PITTMAN** )
_____Debtor_____ )
) Case No. **10-04459**
)
) Chapter **7**
**ALICIA CORA PITTMAN** )
_____Plaintiff_____ )
)
v. ) Adv. Proc. No. **10-01064**
**HOUSEHOLD FINANCE CORPORATION III** )
_____Defendant_____ )

### Alias SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk, U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Forrest L. Ingram P.C.
79 West Monroe Street
Suite 900
Chicago, Illinois 60603

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 742<br>Chicago IL 60604 | 742 |
| | Date and Time<br>06/17/2010 at 10:30A |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner (Clerk of the Bankruptcy Court)

Date: MAY 2010 By: _____ (Deputy Clerk)

**SEAL COPY**